# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| DAVID MEYERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:23-cv-00201-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| AMY JENKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2024 Order.

March 15, 2024

_____

Katherine Hord Simon, Clerk
United States District Court